Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Attorneys for*
*Marc E. Albert, Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Case No. 22-00172-ELG |
| CG/LA Infrastructure, Inc. | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**TRUSTEE'S REPORT OF SALE**
**(Trade Names, Branding, Customer Lists and Other Intellectual Property)**

TO THE HONORABLE ELIZABETH L. GUNN., BANKRUPTCY JUDGE:

Marc E. Albert, the Chapter 7 bankruptcy trustee ("Trustee") for the estate of CG/LA

Infrastructure, Inc. (the "Debtor"), by and through his undersigned counsel, states his Report of

Sale as follows:

1. On December 29, 2022, the Trustee filed his *Trustee's Motion for Authority to*

*Sell Assets Free and Clear of Any and All Liens and Interests Pursuant to 11 U.S.C. § 363(b)*

*and (f)* [ECF Dkt. No. 28] (the "Sale Motion"), in which the Trustee proposed to sell, to the

extent it exists and is available, the estate's interest in use of the Debtor's trade name, use of

Known Debtor Branding[1], Visual Branding, customer lists and marketing information, and any

other brands, branding, or other intellectual property previously used and created by the Debtor

and possessed by the Debtor estate (together, the "IP Assets"). The extent of the Debtor's

---

[1] Capitalized terms not defined in this Report of Sale shall have the same definition as used in the Sale Motion.

CORE/0773380.0248/179756290.1

customer lists and marketing information and all other available digital data of the Debtor is stored on a portable hard drive (the Hard Drive") possessed by the Trustee. For ease of transfer, the Sale Motion also proposed sale of the physical Hard Drive containing the Debtor's available digital information. The Sale Motion proposed sale of the IP Assets and the Hard Drive to Anand Hemnani, or his assigns (the "Purchaser"), upon terms set out in the Sale Motion and subject to Bankruptcy Court approval and any higher and better offers. The Sale Motion was set for a hearing on January 25, 2023.

2.      No objections to the Sale Motion were filed nor any higher and better offers received, and an Order approving the Sale Motion was entered by the Court on January 20, 2023 (the "Sale Order") [ECF Dkt. No. 30].

3.      On January 17, 2023, the Trustee received and deposited a check on behalf of the Purchaser of $2,000.00 representing the Deposit Payment due under the terms of sale detailed in the Sale Motion. The check has been deposited into the bank account the Trustee maintains for the case and has cleared. Under the terms included in the Sale Motion and approved in the Sale Order, remaining payments due by the Purchaser consist of $1,500.00 due to the Trustee by February 20, 2023, and another payment of $1,500.00 due by March 20, 2023, for a total sale price of $5,000.00.

4.      Pursuant to the agreed sale terms, the Purchaser may immediately make use of the IP Assets, but if any remaining payment is not received timely, the sale will be considered null and void and any previously received payments will not be refunded.

5.      Following the creation of a backup of all data maintained on the Hard Drive to computer servers maintained by the Trustee's counsel for the Trustee's continued use, on

2

February 1, 2023, the Hard Drive was hand delivered at Purchaser's request to the officers of

Purchaser's counsel.


Dated:  February 1, 2023                           Respectfully submitted,

                                                   /s/ Joshua W. Cox
                                                   Joshua W. Cox, No. 1033283
                                                   Ruiqiao Wen, No. 1743500
                                                   STINSON LLP
                                                   1775 Pennsylvania Ave., N.W., Suite 800
                                                   Washington, DC 20006
                                                   Tel. (202) 785-9100
                                                   Fax (202) 572-9943
                                                   joshua.cox@stinson.com
                                                   ruiqiao.wen@stinson.com
                                                   *Attorneys for*
                                                   *Marc E. Albert, Trustee*


## CERTIFICATE OF SERVICE

        I certify that a copy of the foregoing Trustee's Report of Sale was filed electronically via
the Court's ECF system on February 1, 2023, causing service upon all those registered to receive
such service.


                                                   /s/ Joshua W. Cox
                                                   Joshua W. Cox

CORE/0773380.0248/179756290.1