# EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re<br><br>CG/LA INFRASTRUCTURE INC.,<br><br>    *Debtor*. | No. 1:22-bk-00172-ELG |

**[PROPOSED] ORDER AUTHORIZING TRUSTEE TO COMPLY WITH SUBPOENA**

   This matter comes before the Court pursuant to **(1)** Movant Miya Water Projects Netherlands B.V.'s ("**Miya**") Consent Motion to Authorize Service of Subpoena on CG/LA Infrastructure, Inc. ("**CG/LA**") and **(2)** the proposed Subpoena attached as Exhibit B to that Consent Motion, directing CG/LA, through the Trustee, to produce the requested discovery in the form of a copy of the contents of a physical hard drive containing Debtor's available digital information ("**Subpoena**"). The Court having considered the Consent Motion and the Subpoena, the Court finds that it is hereby:

   **ORDERED** that the Consent Motion is **GRANTED IN ITS ENTIRETY**; and it is

   **FURTHER ORDERED** that, in the event that Miya's application for discovery under 28 U.S.C. § 1782 is granted in *In re Application of Miya Water Projects Netherlands B.V.*, No. 1:23-mc-00043 (D.D.C.), the Trustee is authorized to comply with the Subpoena. The Trustee's

only obligation in complying with the Subpoena shall be to make the hard drive in the Trustee's possession containing the Debtor's available digital information available for copying by Miya at Miya's expense at the offices of Innovative Driven c/o Joel Harper, 1700 N. Moore Street, Suite 1500, Arlington, VA, and/or another location mutually agreeable to Miya and the Trustee.

**WE ASK FOR THIS:**

/s/ *Tara M. Lee*
Tara M. Lee (DC Bar No. 1024533)
Scott E. Lerner (DC Bar No. 1024964)
Robert Golan-Vilella (DC Bar No. 1724616)
Benedict S. Bernstein (DC Bar No. 1780747)
WHITE & CASE LLP
701 Thirteenth Street N.W.
Washington, D.C. 20005
Phone: (202) 626-3600
Fax:    (202) 639-9355
tara.lee@whitecase.com
scott.lerner@whitecase.com
robert.golan-vilella@whitecase.com
benedict.bernstein@whitecase.com

*Counsel for Movant*
*Miya Water Projects Netherlands B.V.*

**WE AGREE TO THIS:**

/s/ *Marc E. Albert*                              /s/ *Joshua W. Cox*
Marc E. Albert, No. 345181                        Joshua W. Cox, No. 1033283
STINSON LLP                                       STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800           1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006                              Washington, DC 20006
Tel. (202) 785-9100                               Tel. (202) 785-9100
Fax (202) 572-9943                                Fax (202) 572-9943
marc.albert@stinson.com                           joshua.cox@stinson.com
*Ch. 7 Trustee for the estate of*                 *Attorneys for*
*CG/LA Infrastructure, Inc.*                      *Marc E. Albert, Trustee*

Copies of this Order to:
Recipients of ECF Notice