# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:   CG/LA Infrastructure, Inc.<br><br>Debtor. | Case No. 22-00172 -ELG<br><br>Chapter 7 |

## NOTICE OF FAILURE TO PROSECUTE

Upon a review of the above referenced case, it appears that the parties may not be diligently prosecuting the following matter:

*Consent Motion for Leave to Authorize Service of Subpoena on CG/LA Infrastructure, Inc.* (ECF No. 44).

**NOTICE IS HEREBY GIVEN** that unless there is some disposition made of this matter within fourteen (14) days from the date of this notice (i.e., submission of an order pursuant to Local Bankruptcy Rule 9072-1), or unless cause is shown, in writing, why no action has been taken, an order will be entered dismissing this matter for failure to prosecute to a conclusion.

Copies to: Debtor; recipients of e-notification of orders.

United States Bankruptcy Court

District of Columbia

In re:  Case No. 22-00172-ELG

CG/LA Infrastructure, Inc.  Chapter 7

Miya Water Projects Netherlands B.V.

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 01, 2023 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ CG/LA Infrastructure, Inc., 729 15th Street NWSuite 900, Washington, DC 20005-2132 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Blake Schulwolf | on behalf of Creditor Jemal's Securities Building LLC andrew@albertandschulwolf.com |
| Arthur P. Lander | on behalf of Accountant Arthur Lander CPA PC law@businesslegalservicesinc.com |
| Joshua W. Cox | on behalf of Trustee Marc E. Albert Joshua.cox@stinson.com porsche.barnes@stinson.com |
| Justin Philip Fasano | on behalf of Interested Party Janina Anderson jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 01, 2023 | Form ID: pdf001 | Total Noticed: 1 |

| | |
|---|---|
| Marc E. Albert | marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com |
| Maurice Belmont VerStandig | on behalf of Debtor CG/LA Infrastructure Inc. mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Tara Lee | on behalf of Movant Miya Water Projects Netherlands B.V. tara.lee@whitecase.com mco@whitecase.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 8