# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA
### WASHINGTON DIVISION

In Re: §
§
Cg/La Infrastructure, Inc.  §  Case No. 22-00172
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Marc E. Albert DC Ch 7, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 111,099.00
*(Without deducting any secured claims)*

Assets Exempt: NA

Total Distributions to Claimants: 14,499.10

Claims Discharged
Without Payment: NA

Total Expenses of Administration: 26,269.15

3) Total gross receipts of $40,768.25 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $40,768.25 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $NA | $NA | $NA | $NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 26,269.15 | 26,269.15 | 26,269.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 32,709.29 | 7,732.50 | 5,634.88 | 5,634.88 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 253,875.74 | 220,521.48 | 220,521.48 | 8,864.22 |
| **TOTAL DISBURSEMENTS** | $286,585.03 | $254,523.13 | $252,425.51 | $40,768.25 |

4)  This case was originally filed under chapter 7 on 09/26/2022.  The case was pending for 14 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/14/2023                    By:/s/Marc E. Albert DC Ch 7, Trustee
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Assorted computer mouse (x4); assorted apple keyboards (x6); power strips (x7) | 1129-000 | 130.00 |
| Books | 1129-000 | 350.00 |
| CG/LA Database | 1129-000 | 5,000.00 |
| Front Large Conference Room: Sharp AQUOS 60" Class LED 1080p 120Hz HDTV; 2015 Apple TV 32 GB; Mind Reader Anchor Coffee pod drawer; Keurig K-Elite; iMac A1311 21.5" Desktop; Plant stand; pot; basket | 1129-000 | 1,102.75 |
| Front Large Conference Room: Vinyl Stacking Chairs (x8); Calligaris Hyper Table (conference table); TV stand; white table; bookcase | 1129-000 | 2,431.84 |
| Kitchen: Dining table; dining table chairs (x6); counter stools; white desk; chair | 1129-000 | 326.37 |
| Kitchen: FlexBrew Trio Coffee Maker; Ninga Professional Blender 1000; Pansonic NN-SU696S Microwave; iMac i5 1.6GHz 21.5" 1 TB HDD | 1129-000 | 1,165.78 |
| Left Conference Room: Samsung J5000 48" Class Full HD LED TV; iMac 1.6 GHz 21.5" (2015) 1 TB HDD | 1129-000 | 215.00 |
| Left Conference Room: thin white chairs (x2); tall white chair; conference table; tan chair | 1129-000 | 132.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Main Conference Area: Samsung QN55Q70RAF - - 55: Diagonal Class television; 2015 Apple TV 32 GB | 1129-000 | 593.98 |
| Main Conference Area: TV stand; conference table; conference table chairs (x21); ping pong . . | 1129-000 | 4,320.96 |
| Main Working Area: EMART 10-inch Selfie Ring Light with Adjustable Tripod Stand and cell phone holder; Logitech Blue Snowball iCE USB Microphone; AVerMedia Live Streamer Cam 313 streaming camera; 2009 Samsung monitor; iMac i5 1.6 GHz 21.5" (2015) 1 TB HDD; | 1129-000 | 3,191.05 |
| Main Working Area: standing desks (x6); lounge chairs (x2); futon; front desk; black coat rack; silver coat rack; glass and metal bookcases (x3); industrial bookcase (x2); printer table; three-drawer storage; three-level glass shelf with | 1129-000 | 2,100.00 |
| Marina's Office: Frosted Glass Z Desk (x2); white chairs (x2); two-drawer filing cabinet | 1129-000 | 167.50 |
| Marina's Office: iMac M1 24" (2021); HP OfficeJet Pro 8720 All-in-One Wireless Printer, HP Instant Ink; red wire cart; document shredder; rolling whiteboard | 1129-000 | 635.45 |
| Misc. Office supplies: pens and pencils (~100); stapler and hole punches (~6); binders and folders (~20); assorted tape, paperclips, staples, binder clips; cutlery; drinkware; plates; trash cans (~12); printer ink cartridges (~5); reams of printer paper | 1129-000 | 753.39 |
| Right Conference Room: glass conference table; shorter white chairs (x2); taller white chairs (x2) | 1129-000 | 153.00 |
| Wells Fargo Business Checking 8817 | 1129-000 | 17,999.18 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| **TOTAL GROSS RECEIPTS** | | $40,768.25 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | $NA | $NA | $NA | $NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Marc E. Albert | 2100-000 | NA | 4,826.83 | 4,826.83 | 4,826.83 |
| Insurance Partners Agency Inc. | 2300-000 | NA | 15.13 | 15.13 | 15.13 |
| Axos Bank | 2600-000 | NA | 143.01 | 143.01 | 143.01 |
| Axos Bank | 2600-000 | NA | -35.53 | -35.53 | -35.53 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Dc Gov"t Office Of Tax & Revenue | 2820-000 | NA | 250.00 | 250.00 | 250.00 |
| Jemal"s Securities Building Llc | 2990-000 | NA | 4,000.00 | 4,000.00 | 4,000.00 |
| Stinson LLP | 3110-000 | NA | 11,000.00 | 11,000.00 | 11,000.00 |
| Stinson LLP | 3120-000 | NA | 383.90 | 383.90 | 383.90 |
| Arthur Lander PC, CPA | 3410-000 | NA | 2,132.00 | 2,132.00 | 2,132.00 |
| RASMUS AUCTIONS | 3610-000 | NA | 3,553.81 | 3,553.81 | 3,553.81 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $26,269.15 | $26,269.15 | $26,269.15 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comptroller of Maryland | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | D.C. Office of Finance and Treasury | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service | | 714.57 | NA | NA | 0.00 |
| | Internal Revenue Service | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service | | 30,614.72 | NA | NA | 0.00 |
| | Minnesota Department of Revenue | | 0.00 | NA | NA | 0.00 |
| | Texas Comptroller of Public Accounts | | 0.00 | NA | NA | 0.00 |
| | Virginia Department of Taxation | | 0.00 | NA | NA | 0.00 |
| 2 | Angela Gill | 5300-000 | 1,380.00 | 1,380.00 | 1,380.00 | 1,380.00 |
| 1UP | DC Gov't Office of Tax and Revenue | 5800-000 | 0.00 | 6,352.50 | 4,254.88 | 4,254.88 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $32,709.29 | $7,732.50 | $5,634.88 | $5,634.88 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Telecom Group, LLC | | 882.36 | NA | NA | 0.00 |
| | Amazon Web Services, Inc. | | 517.30 | NA | NA | 0.00 |
| | Business Wire, Inc. | | 1,023.50 | NA | NA | 0.00 |
| | Comptroller of Maryland | | 0.00 | NA | NA | 0.00 |
| | D&L Entertainment Services, Inc. | | 844.35 | NA | NA | 0.00 |
| | D.C. Department of Employment Services | | 0.00 | NA | NA | 0.00 |
| | D.C. Office of Finance and Treasury | | 0.00 | NA | NA | 0.00 |
| | Dirce Machado Ribeiro - EPP | | 2,121.21 | NA | NA | 0.00 |
| | Estate of Norman F. Anderson | | 0.00 | NA | NA | 0.00 |
| | Griffin Networks | | 1,591.56 | NA | NA | 0.00 |
| | Hanson & Molloy PLLC | | 258.00 | NA | NA | 0.00 |
| | Hotel Miramar | | 3,567.08 | NA | NA | 0.00 |
| | Janina Anderson | | 1,167.46 | NA | NA | 0.00 |
| | Jones Lang LaSalle Brokerage, Inc. | | 5,931.00 | NA | NA | 0.00 |
| | Jose Fernando Iasbech | | 527.93 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Marina Micic | | 5,000.00 | NA | NA | 0.00 |
| | Menke & Associates | | 2,952.58 | NA | NA | 0.00 |
| | Microsoft Corporation | | 2.21 | NA | NA | 0.00 |
| | Minnesota Department of Revenue | | 0.00 | NA | NA | 0.00 |
| | Patricia L. Pietravalle | | 2,500.00 | NA | NA | 0.00 |
| | Potomac Electric Power Company | | 469.67 | NA | NA | 0.00 |
| | Quebec, Canada Revenu Direction G?n?rale Secteur LL0602 | | 8,857.01 | NA | NA | 0.00 |
| | Salesforce, Inc. | | 0.00 | NA | NA | 0.00 |
| | Shapiro Lifschitz & Schram | | 2,644.50 | NA | NA | 0.00 |
| | Texas Comptroller of Public Accounts | | 0.00 | NA | NA | 0.00 |
| | U.S. Small Business Administration | | 0.00 | NA | NA | 0.00 |
| | Virginia Department of Taxation | | 0.00 | NA | NA | 0.00 |
| | WebBank | | 24,336.36 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Wells Fargo Bank, N.A. |  | 61,578.63 | NA | NA | 0.00 |
| 6 | American Express National Bank | 7100-000 | 29,680.23 | 29,680.23 | 29,680.23 | 1,203.03 |
| 7 | American Express National Bank | 7100-000 | NA | 186.93 | 186.93 | 7.58 |
| 3 | Cloud Partners Llc | 7100-000 | 700.00 | 700.00 | 700.00 | 28.37 |
| 5 | Goto | 7100-000 | 11,287.42 | 7,451.03 | 7,451.03 | 302.01 |
| 8 | Jemal"s Securities Building Llc | 7100-000 | NA | 21,835.42 | 21,835.42 | 885.05 |
| 9 | Jemal"s Securities Building Llc | 7100-000 | 73,734.55 | 147,137.64 | 147,137.64 | 5,963.91 |
| 4 | Rci Systems | 7100-000 | 11,700.83 | 11,700.83 | 11,700.83 | 474.27 |
| 1UGPEN | DC Gov't Office of Tax and Revenue | 7300-000 | NA | 1,829.40 | 1,829.40 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $253,875.74 | $220,521.48 | $220,521.48 | $8,864.22 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 22-00172 | ELG | Judge: | Elizabeth L. Gunn | | Trustee Name: | Marc E. Albert DC Ch 7, Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | Cg/La Infrastructure, Inc. | | | | | Date Filed (f) or Converted (c): | 09/26/2022 (f) |
| | | | | | | 341(a) Meeting Date: | 11/03/2022 |
| For Period Ending: | 11/14/2023 | | | | | Claims Bar Date: | 03/27/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Wells Fargo Business Checking 8817 | 18,033.38 | 17,999.18 | | 17,999.18 | FA |
| 2.  172,378 AMEX Points | 0.00 | 0.00 | | 0.00 | FA |
| 3.  Office lease security deposit | 11,125.00 | 0.00 | | 0.00 | FA |
| 4.  90 days old or less: 147.00 - 0.00 = | 147.00 | 147.00 | | 0.00 | FA |
| 5.  90 days old or less: 147.00 - 0.00 = | 147.00 | 147.00 | | 0.00 | FA |
| 6.  90 days old or less: 5,875.00 - 0.00 = | 5,875.00 | 5,875.00 | | 0.00 | FA |
| 7.  90 days old or less: 147.00 - 0.00 = | 147.00 | 147.00 | | 0.00 | FA |
| 8.  90 days old or less: 5,875.00 - 0.00 = | 5,875.00 | 5,875.00 | | 0.00 | FA |
| 9.  90 days old or less: 147.00 - 0.00 = | 147.00 | 147.00 | | 0.00 | FA |
| 10.  90 days old or less: 5,875.00 - 0.00 = | 5,875.00 | 5,875.00 | | 0.00 | FA |
| 11.  90 days old or less: 147.00 - 0.00 = | 147.00 | 147.00 | | 0.00 | FA |
| 12.  Over 90 days old: 10,100.00 - 10,100.00 = | 0.00 | 0.00 | | 0.00 | FA |
| 13.  Over 90 days old: 5,875.00 - 0.00 = | 5,875.00 | 5,875.00 | | 0.00 | FA |
| 14.  Over 90 days old: 10,000.00 - 10,000.00 = | 0.00 | 0.00 | | 0.00 | FA |
| 15.  Over 90 days old: 8,262.50 - 8,262.50 = | 0.00 | 0.00 | | 0.00 | FA |
| 16.  Over 90 days old: 10,000.00 - 10,000.00 = | 0.00 | 0.00 | | 0.00 | FA |
| 17.  Over 90 days old: 8,712.50 - 8,712.50 = | 0.00 | 0.00 | | 0.00 | FA |
| 18.  Over 90 days old: 10,000.00 - 10,000.00 = | 0.00 | 0.00 | | 0.00 | FA |
| 19.  Over 90 days old: 9,162.50 - 9,162.50 = | 0.00 | 0.00 | | 0.00 | FA |
| 20.  Over 90 days old: 10,000.00 - 10,000.00 = | 0.00 | 0.00 | | 0.00 | FA |
| 21.  Over 90 days old: 8,750.00 - 8,750.00 = | 0.00 | 0.00 | | 0.00 | FA |
| 22.  Over 90 days old: 10,000.00 - 10,000.00 = | 0.00 | 0.00 | | 0.00 | FA |
| 23.  Over 90 days old: 8,600.00 - 8,600.00 = | 0.00 | 0.00 | | 0.00 | FA |
| 24.  Over 90 days old: 10,000.00 - 10,000.00 = | 0.00 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| Case No: | 22-00172    ELG | Judge:    Elizabeth L. Gunn |
| Case Name: | Cg/La Infrastructure, Inc. | |

| | |
|---|---|
| Trustee Name: | Marc E. Albert DC Ch 7, Trustee |
| Date Filed (f) or Converted (c): | 09/26/2022 (f) |
| 341(a) Meeting Date: | 11/03/2022 |

For Period Ending:    11/14/2023

| | |
|---|---|
| Claims Bar Date: | 03/27/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 25.  Over 90 days old: 8,525.00 - 8,525.00 = | 0.00 | 0.00 | | 0.00 | FA |
| 26.  Over 90 days old: 50,000.00 - 25,000.00 = | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 27.  Misc. Office supplies: pens and pencils (~100); stapler and hole punches (~6); binders and folders (~20); assorted tape, paperclips, staples, binder clips; cutlery; drinkware; plates; trash cans (~12); printer ink cartridges (~5); reams of printer paper (~ | 275.00 | 275.00 | | 753.39 | FA |
| 28.  Kitchen: Dining table; dining table chairs (x6); counter stools; white desk; chair | 624.66 | 624.66 | | 326.37 | FA |
| 29.  Main Working Area: standing desks (x6); lounge chairs (x2); futon; front desk; black coat rack; silver coat rack; glass and metal bookcases (x3); industrial bookcase (x2); printer table; three-drawer storage; three-level glass shelf with projector | 4,735.47 | 4,735.47 | | 2,100.00 | FA |
| 30.  Left Conference Room: thin white chairs (x2); tall white chair; conference table; tan chair | 823.16 | 823.16 | | 132.00 | FA |
| 31.  Right Conference Room: glass conference table; shorter white chairs (x2); taller white chairs (x2) | 1,631.99 | 1,631.99 | | 153.00 | FA |
| 32.  Marina's Office: Frosted Glass Z Desk (x2); white chairs (x2); two-drawer filing cabinet | 1,409.80 | 1,409.80 | | 167.50 | FA |
| 33.  Front Large Conference Room: Vinyl Stacking Chairs (x8); Calligaris Hyper Table (conference table); TV stand; white table; bookcase | 1,963.04 | 1,963.04 | | 2,431.84 | FA |
| 34.  Main Conference Area: TV stand; conference table; conference table chairs (x21); ping pong table | 6,615.03 | 6,615.03 | | 4,320.96 | FA |
| 35.  Kitchen: FlexBrew Trio Coffee Maker; Ninga Professional Blender 1000; Pansonic NN-SU696S Microwave; iMac i5 1.6GHz 21.5" 1 TB HDD | 478.71 | 478.71 | | 1,165.78 | FA |
| 36.  Main Conference Area: Samsung QN55Q70RAF -- 55: Diagonal Class television; 2015 Apple TV 32 GB | 745.00 | 745.00 | | 593.98 | FA |
| 37.  Main Working Area: EMART 10-inch Selfie Ring Light with Adjustable Tripod Stand and cell phone holder; Logitech Blue Snowball iCE USB Microphone; AVerMedia Live Streamer Cam 313 streaming camera; 2009 Samsung monitor; iMac i5 1.6 GHz 21.5" (2015) 1 TB HDD; | 3,053.04 | 3,053.04 | | 3,191.05 | FA |

FORM 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 22-00172 | ELG |
| Case Name: | Cg/La Infrastructure, Inc. | |
| | | |
| For Period Ending: | 11/14/2023 | |

| | |
|---|---|
| Judge: | Elizabeth L. Gunn |

| | |
|---|---|
| Trustee Name: | Marc E. Albert DC Ch 7, Trustee |
| Date Filed (f) or Converted (c): | 09/26/2022 (f) |
| 341(a) Meeting Date: | 11/03/2022 |
| Claims Bar Date: | 03/27/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 38.  Left Conference Room: Samsung J5000 48" Class Full HD LED TV; iMac 1.6 GHz 21.5" (2015) 1 TB HDD | 449.98 | 449.98 | | 215.00 | FA |
| 39.  Marina's Office: iMac M1 24" (2021); HP OfficeJet Pro 8720 All-in-One Wireless Printer, HP Instant Ink; red wire cart; document shredder; rolling whiteboard | 1,668.39 | 1,668.39 | | 635.45 | FA |
| 40.  Front Large Conference Room: Sharp AQUOS 60" Class LED 1080p 120Hz HDTV; 2015 Apple TV 32 GB; Mind Reader Anchor Coffee pod drawer; Keurig K-Elite; iMac A1311 21.5" Desktop; Plant stand; pot; basket | 921.92 | 921.92 | | 1,102.75 | FA |
| 41.  Assorted computer mouse (x4); assorted apple keyboards (x6); power strips (x7) | 209.00 | 209.00 | | 130.00 | FA |
| 42.  Books | 100.00 | 100.00 | | 350.00 | FA |
| 43.  CG/LA branding and logo | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 44.  CG/LA Database | 12,500.00 | 5,000.00 | | 5,000.00 | FA |
| 45.  Leadership Forum Series Brand Name | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 46.  Leadership Forum Series Structure/trade secrets | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 47.  Top 100 Project Brand Name | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 48.  Top 100 Structure Corporate Planning | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 49.  Blueprint Domain | 898.00 | 898.00 | | 0.00 | FA |
| 50.  GViP Domain | 2,410.00 | 2,410.00 | | 0.00 | FA |
| 51.  CG/LA Domain | 931.00 | 931.00 | | 0.00 | FA |
| 52.  Event sponsorship lead lists | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 53.  Business goodwill | 10,000.00 | 10,000.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $167,336.57 | $148,677.37 | $40,768.25 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

11/10/2023 - Final check posted to account 11/7/23.  TDR to be prepared.

10/16/2023 - Address provided by creditor. Check reissued to creditor.

10/12/2023 - Follow up email to creditor for address to send check.

9/22/2023 - Stop payment placed on check #2010 in amount $28.37.

9/21/2023 - Email to creditor Andrew Krumme of Cloud Partners, LLC, (Claim #3) regarding uncashed final distribution check.  Creditor informed Trustee check was never received.

6/26/2023 - Final Distributions.

6/5/2023 - Amended TFR filed.

5/31/2023 - TFR Filed.

4/28/2023 - TFR Submitted.

3/14/2023 - Final settlement payment received.

2/1/2023 - Trustee's Report of Sale regarding IP, Digital Assets and Hard Drive.

1/17/2023 - Payment received from Sell of Property.

12/29/2022 - 9019 Motion to Sell Property; Order entered 1/20/2023.

12/21/2022 - Trustee's Report of Sale regarding FF&E.

11/7/2022 - Expedited Motion to Sell FF&E at Auction.

10/3/2022 - Visited the leased premises to evaluate the assets they have on hand (consisting mostly of various office equipment, furniture and computers) in an effort to determine if it will be beneficial to liquidate the items for the benefit of the bankruptcy estate.

RE PROP #        34  --   SEE REPORT OF SALE [Dkt. 27] CONSISTING OF FURNITURE, FIXTURES AND
                                    OFFICE EQUIPMENT (Personal Property Assets #27-42)

RE PROP #        44  --   IP Assets and Hard Drive
                                    Sold per order 1/20/23 [Dkt. 30], Report of Sale [Dkt. 32]

Initial Projected Date of Final Report (TFR): 11/30/2023          Current Projected Date of Final Report (TFR): 11/30/2023

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 22-00172
Case Name: Cg/La Infrastructure, Inc.

Trustee Name: Marc E. Albert DC Ch 7, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0356
Checking

Taxpayer ID No: XX-XXX1753
For Period Ending: 11/14/2023

Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/19/22 | 1 | Wells Fargo Bank, N.A. PO Box 5131, N9777-112 OFC Sioux Falls, SD 57117-5131 | Account closure request net proceeds | 1129-000 | $17,999.18 | | $17,999.18 |
| 11/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $7.69 | $17,991.49 |
| 12/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.22 | $17,972.27 |
| 01/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.84 | $17,952.43 |
| 01/10/23 | | R. L. Rasmus Auctioneers, Inc. 201 Yoakum Parkway, Unit 54 Alexandria, VA 22304 | Sale Proceeds Auction conducted and auctioneer fees paid per order 11/16/22 [Dkt. 26] Report of Sale [Dkt. 27] | | $14,215.26 | | $32,167.69 |
| | | | Gross Receipts $17,769.07 | | | | |
| | | RASMUS AUCTIONS | AUCTIONEER'S COMMISSION ($3,553.81) | 3610-000 | | | |
| | 27 | | Misc. Office supplies: pens and pencils (~100); stapler and hole punches (~6); binders and folders (~20); assorted tape, paperclips, staples, binder clips; cutlery; drinkware; plates; trash cans (~12); printer ink cartridges (~5); reams of printer paper $753.39 | 1129-000 | | | |
| | 28 | | Kitchen: Dining table; dining table chairs (x6); counter stools; white desk; chair $326.37 | 1129-000 | | | |

Page Subtotals: $32,214.44 $46.75

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 22-00172
Case Name: Cg/La Infrastructure, Inc.

Taxpayer ID No: XX-XXX1753
For Period Ending: 11/14/2023

Trustee Name: Marc E. Albert DC Ch 7, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0356
Checking
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 29 | | Main Working Area: standing desks (x6); lounge chairs (x2); futon; front desk; black coat rack; silver coat rack; glass and metal bookcases (x3); industrial bookcase (x2); printer table; three-drawer storage; three-level glass shelf with projector | $2,100.00 | 1129-000 | | | |
| | 30 | | Left Conference Room: thin white chairs (x2); tall white chair; conference table; tan chair | $132.00 | 1129-000 | | | |
| | 31 | | Right Conference Room: glass conference table; shorter white chairs (x2); taller white chairs (x2) | $153.00 | 1129-000 | | | |
| | 32 | | Marina's Office: Frosted Glass Z Desk (x2); white chairs (x2); two-drawer filing cabinet | $167.50 | 1129-000 | | | |
| | 33 | | Front Large Conference Room: Vinyl Stacking Chairs (x8); Calligaris Hyper Table (conference table); TV stand; white table; bookcase | $2,431.84 | 1129-000 | | | |
| | 34 | | Main Conference Area: TV stand; conference table; conference table chairs (x21); ping pong table | $4,320.96 | 1129-000 | | | |
| | 35 | | Kitchen: FlexBrew Trio Coffee Maker; Ninga Professional Blender 1000; Pansonic NN-SU696S Microwave; iMac i5 1.6GHz 21.5" 1 TB HDD | $1,165.78 | 1129-000 | | | |
| | 36 | | Main Conference Area: Samsung QN55Q70RAF -- 55: Diagonal Class television; 2015 Apple TV 32 GB | $593.98 | 1129-000 | | | |

Page Subtotals:                                                            $0.00               $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 22-00172 | Trustee Name: Marc E. Albert DC Ch 7, Trustee |
| Case Name: Cg/La Infrastructure, Inc. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0356 |
| | Checking |
| Taxpayer ID No: XX-XXX1753 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 11/14/2023 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 37 | | Main Working Area: EMART 10-inch Selfie Ring Light with Adjustable Tripod Stand and cell phone holder; Logitech Blue Snowball iCE USB Microphone; AVerMedia Live Streamer Cam 313 streaming camera; 2009 Samsung monitor; iMac i5 1.6 GHz 21.5" (2015) 1 TB HD | $3,191.05 | 1129-000 | | | |
| | 38 | | Left Conference Room: Samsung J5000 48" Class Full HD LED TV; iMac 1.6 GHz 21.5" (2015) 1 TB HDD | $215.00 | 1129-000 | | | |
| | 39 | | Marina's Office: iMac M1 24" (2021); HP OfficeJet Pro 8720 All-in-One Wireless Printer, HP Instant Ink; red wire cart; document shredder; rolling whiteboard | $635.45 | 1129-000 | | | |
| | 40 | | Front Large Conference Room: Sharp AQUOS 60" Class LED 1080p 120Hz HDTV; 2015 Apple TV 32 GB; Mind Reader Anchor Coffee pod drawer; Keurig K-Elite; iMac A1311 21.5" Desktop; Plant stand; pot; basket | $1,102.75 | 1129-000 | | | |
| | 41 | | Assorted computer mouse (x4); assorted apple keyboards (x6); power strips (x7) | $130.00 | 1129-000 | | | |
| | 42 | | Books | $350.00 | 1129-000 | | | |
| 01/11/23 | 2001 | Jemal's Securities Building LLC c/o Douglas Development Attn: Travis Klisiewecz 655 New York Avenue, N.E., Suite No. 830 Washington, DC 20001 | Premises Use Fee per Order 11/16/22 DKT 26 | | 2990-000 | | $4,000.00 | $28,167.69 |

| Page Subtotals: | $0.00 | $4,000.00 |
|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 22-00172 | Trustee Name: Marc E. Albert DC Ch 7, Trustee |
| Case Name: Cg/La Infrastructure, Inc. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0356 |
| | Checking |
| Taxpayer ID No: XX-XXX1753 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 11/14/2023 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/17/23 | 44 | 2025 Law and Policy, LLC P.O. Box 19677 Boulder, CO 80308 | Settlement Agreement Payment Initial Deposit for Sale of IP assets (Anand Hemnani) Sold per order 1/20/23 [Dkt. 30], Report of Sale [Dkt. 32] | 1129-000 | $2,000.00 | | $30,167.69 |
| 02/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.03 | $30,137.66 |
| 02/15/23 | 44 | 2025 Law and Policy, LLC P.O. Box 19677 Boulder, CO 80308 | Settlement Agreement Payment Installment Payment for Sale of IP Assets per order 1/20/23 [Dkt. 30] | 1129-000 | $1,500.00 | | $31,637.66 |
| 02/27/23 | 2002 | Insurance Partners Agency Inc. 26865 Center Ridge Road Westlake, OH 44145 | DC 23-24 Bond Policy #3792909 - Invoice 1113038 | 2300-000 | | $15.13 | $31,622.53 |
| 03/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.70 | $31,591.83 |
| 03/14/23 | 44 | 2025 Law and Policy, LLC P.O. Box 19677 Boulder, CO 80308 | Settlement Agreement Payment Final payment for Sale of IP Assets (Amnani) per order 1/20/23 [Dkt. 30] | 1129-000 | $1,500.00 | | $33,091.83 |
| 03/22/23 | 2003 | DC Treasurer Ofice of Tax and Revenue PO Box 96166 Washington, DC  20090-6166 | Tax Payment re 2022 Form D-20 SUB EIN: xxx1753 Form:  D-20 SUB Corporation Franchise Period:  Ended December 31, 2022 | 2820-000 | | $250.00 | $32,841.83 |
| 04/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.53 | $32,806.30 |

Page Subtotals: $5,000.00   $361.39

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No:  22-00172 | Trustee Name:  Marc E. Albert DC Ch 7, Trustee | Exhibit 9 |
| Case Name:  Cg/La Infrastructure, Inc. | Bank Name:  Axos Bank | |
| | Account Number/CD#:  XXXXXX0356 | |
| | Checking | |
| Taxpayer ID No:  XX-XXX1753 | Blanket Bond (per case limit): $3,000,000.00 | |
| For Period Ending:  11/14/2023 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/05/23 | 2004 | Stinson LLP 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC  20006 | Attorney for Trustee Fees Per Order 3/30/2023 First and Final Application for Compensation from October 12, 2022 through February 28, 2023 DKT 35 | 3110-000 | | $11,000.00 | $21,806.30 |
| 04/05/23 | 2005 | Stinson LLP 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC  20006 | Attorney for Trustee Expenses Per Order 3/30/2023 First and Final Application for Compensation from October 12, 2022 through February 28, 2023 DKT 35 | 3120-000 | | $383.90 | $21,422.40 |
| 04/11/23 | 2006 | Arthur Lander CPA PC 300 N. Washington St. #104 Alexandria, VA 22314 | Accountant for Trustee Fees Accountant for Trustee Final Fees Per Order 4/11/23 DKT 36 | 3410-000 | | $2,132.00 | $19,290.40 |
| 04/18/23 | | Axos Bank 4350 La Jolla Village Dr, Suite 140 San Diego, CA 92122 | Service charge refund | 2600-000 | | ($35.53) | $19,325.93 |
| 06/26/23 | 2007 | Marc E. Albert DC Ch 7 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC  20006 | Final Distribution per Order 6/22/2023 | 2100-000 | | $4,826.83 | $14,499.10 |
| 06/26/23 | 2008 | Angela Gill 12210 Meadowstream Court Herndon, Va 20170 | Final Distribution per Order 6/22/2023 | 5300-000 | | $1,380.00 | $13,119.10 |
| 06/26/23 | 2009 | DC Gov't Office of Tax and Revenue PO Box 75520 Washington, DC  20013 | Final Distribution per Order 6/22/2023 | 5800-000 | | $4,254.88 | $8,864.22 |
| 06/26/23 | 2010 | Cloud Partners Llc Po Box 17221 Lakeside Park, Ky 41017 | Final Distribution per Order 6/22/2023 | 7100-000 | | $28.37 | $8,835.85 |
| 06/26/23 | 2011 | Rci Systems 10721 Hanna Street Beltsville, Md 20705 | Final Distribution per Order 6/22/2023 | 7100-000 | | $474.27 | $8,361.58 |

| | | | | |
|---|---|---|---|---|
| | Page Subtotals: | | $0.00 | $24,444.72 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 22-00172 | Trustee Name: Marc E. Albert DC Ch 7, Trustee |
| Case Name: Cg/La Infrastructure, Inc. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0356 |
| | Checking |
| Taxpayer ID No: XX-XXX1753 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 11/14/2023 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/26/23 | 2012 | Goto<br>C/O Jonathan Neil & Assoc. Inc.<br>P.O. Box 7000<br>Tarzana Ca 91357 | Final Distribution per Order 6/22/2023 | 7100-000 | | $302.01 | $8,059.57 |
| 06/26/23 | 2013 | American Express National Bank<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final Distribution per Order 6/22/2023 | 7100-000 | | $1,203.03 | $6,856.54 |
| 06/26/23 | 2014 | American Express National Bank<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final Distribution per Order 6/22/2023 | 7100-000 | | $7.58 | $6,848.96 |
| 06/26/23 | 2015 | Jemal"s Securities Building Llc<br>C/O Andrew B. Schulwolf, Esq.<br>110 N. Washington Street<br>No. 300<br>Rockville, Maryland 20850 | Final Distribution per Order 6/22/2023 | 7100-000 | | $885.05 | $5,963.91 |
| 06/26/23 | 2016 | Jemal"s Securities Building Llc<br>C/O Andrew B. Schulwolf, Esq.<br>110 N. Washington Street<br>No. 300<br>Rockville, Maryland 20850 | Final Distribution per Order 6/22/2023 | 7100-000 | | $5,963.91 | $0.00 |
| 09/22/23 | 2010 | Cloud Partners Llc<br>Po Box 17221<br>Lakeside Park, Ky 41017 | Final Distribution per Order 6/22/2023 Reversal | 7100-000 | | ($28.37) | $28.37 |
| 10/17/23 | 2017 | Cloud Partners, LLC<br>PO Box 17221<br>Lakeside Park, KY 41017-9998 | Final Distribution Per Order 06/22/2023 | 7100-000 | | $28.37 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $37,214.44 | $37,214.44 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $37,214.44 | $37,214.44 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $37,214.44 | $37,214.44 |

Page Subtotals:                                    $0.00        $8,361.58

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0356 - Checking | $37,214.44 | $37,214.44 | $0.00 |
| | $37,214.44 | $37,214.44 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $3,553.81 |
| Total Net Deposits: | $37,214.44 |
| Total Gross Receipts: | $40,768.25 |

Page Subtotals:                    $0.00        $0.00